COURT OF 
APPEALS
SECOND 
DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-04-361-CV
  
  
CURTIS 
R. FRANCIS                                                              APPELLANT
  
V.
  
TEXAS 
DEPARTMENT OF CRIMINAL                                         APPELLEES
JUSTICE-INSTITUTIONAL 
DIVISION,
RICHARD 
WARDEN, DELORES
THORNTON, 
AND JASON
HARDEGREE
  
  
----------
 
FROM 
THE 78TH DISTRICT COURT OF WICHITA COUNTY
 
----------
 
MEMORANDUM OPINION[1] AND JUDGMENT
------------
        On 
December 14, 2004, we notified appellant, in accordance with rule of appellate 
procedure 42.3(c), that we would dismiss this appeal unless the $125 filing fee 
was paid. Tex. R. App. P. 42.3(c). Appellant has 
not paid the $125 filing fee.  See Tex. R. App. P. 5, 12.1(b).
        Because 
appellant has failed to comply with a requirement of the rules of appellate 
procedure and the Texas Supreme Court's order of July 21, 1998,[2] 
we dismiss the appeal.  See Tex. 
R. App. P. 42.3(c), 43.2(f).
        Appellant 
shall pay all costs of this appeal, for which let execution issue.  See 
Tex. R. App. P. 5.
    
                                                                  PER 
CURIAM
  
  
PANEL 
D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.
 
DELIVERED: 
January 27, 2005


NOTES
1.  
See Tex. R. App. P. 47.4.
2.  
July 21, 1998 “Order Regarding Fees Charged in Civil Cases in the Supreme 
Court and the Courts of Appeals,” 971-972 S.W.2d (Tex. Cases) XXXVIII (1998).